UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Richard Reid et al.,

                         Plaintiffs,

      -against-                                1:14-cv-7796

Primerica Financial Services Agency of New     ORDER
York, Inc. et al.,

                         Defendants.
------------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

      Plaintiffs Richard Reid and Crystal Cuevas filed a state court class action seeking overtime wages from defendant Primerica Financial Services Agency of New York, Inc. ("Primerica NY"), amongst others. Primerica NY removed to this Court, asserting jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d).

      Currently pending before the Court are two cross-motions: plaintiff Reid's motion to remand to state court and defendant Primerica NY's motion to compel arbitration and to stay or dismiss the proceedings. In order for the Court to assess jurisdiction under the Class Action Fairness Act, including whether the Court must abstain from hearing the case even if it possesses jurisdiction, limited discovery is needed.

      By this Order, the Court DENIES both parties' motions without prejudice.

      The Court also schedules a status conference for **October 6, 2015 at 10:00 a.m.** Counsel for the parties should report to Courtroom 1306 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: September 28, 2015
       New York, New York

                                               ANDREW L. CARTER, JR.
                                               United States District Judge